IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 98-10441-SEK |
| ETHELWOLDO SEGARRA TORRES | * | CHAPTER: 13 |
| DEBTOR | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the amended plan dated August 31, 1998 has been forwarded by regular mail to Mr. Jan P. Johnson Trustee, and to all parties in interest.

In Ponce, Puerto Rico, this 31ST day of August 1998.

LCDO. JULIO RIVERA TORO
USDC 201006
BOX 5090
PONCE, PR 00733
TELEPHONE: 841-1704
FAX: 842-5402

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Ethelwaldo Segarra Torres

98 SEP -8 PM 2:12

BK. CASE # 98-10441-S
CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: August 31, 1998
FILED BY ☐ DEBTOR ☐ TRUSTEE ☒ OTHER Attorney

### I. PAYMENT PLAN SCHEDULE

$ 115.00 x 60 = $6,900.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL  $6,900.00

Additional Payments:
$ ___ to be paid as a LUMP SUM
within ___ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____

☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 6,900.00

### III. ATTORNEY'S FEES

(Treated as § 507 Priorities)
Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 1,000.00

Signed: _____
DEBTOR

_____
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
   ☐ Debtor represents no secured claims.
   ☒ Creditors having secured claims will retain their liens and shall be paid as follows:
   1. ☐ Trustee pays secured ARREARS:
   Cr.___ Cr.___ Cr.___
   #___ #___ #___
   $___ $___ $___

   2. ☒ Trustee pays IN FULL Secured Claims
   Cr. FMCC  Cr.___ Cr.___
   # TWA053TJD0 #___ #___

   3. ☐ Trustee pays VALUE OF COLLATERAL
   Cr.___ Cr.___ Cr.___
   #___ #___ #___
   $___ $___ $___

   4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
   AEELA
   5. ☐ OTHER: _____
   6. ☐ Debtor Otherwise maintains regular payments directly to:

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
   (II U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
   1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
                   ☐ Paid 100% / ☐ Other: ___
   Cr.___ Cr.___ Cr.___
   #___ #___ #___
      (b) ☐ Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecured, etc.)*
Insurance will be provided to FMCC at maturity date.

ATTORNEY FOR DEBTOR: Julio Rivera Toro     Phone: 841-1704