IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SEGARRA TORRES, ETHELWOLDO

CASE NO. 98-10441 SEK

Chapter 13

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

Debtor(s)

**NOTICE**

Pursuant to Code of Conduct for United States Judges, Canon 3C(1)(c); 28 U.S.C. Section 455(b)(4), I hereby disclose that my husband, Alberto Pico Gonzalez, inherited an undivided interest in his father's estate which included real state and other assets, common and preferred shares in First Bank, Popular, Inc., Doral Financial Corp. and First Bancoop PR (Hldg. Co.).

Pursuant to the Committee on Code of Conduct Advisory Opinion No. 69, he has disposed of said undivided interest in the previously mentioned shares. Said disposal was made by my husband to avoid any semblance of impropriety, however remote, and allow me to continue participating in approximately 11,832 cases assigned to my docket where these banking entities routinely appear and participate, thereby satisfying the public interest in this matter as contemplated in the Canons governing these situations.

This notice was read in open court in all cases scheduled to be heard by me today. The Clerk shall enter the notice in each of these cases.

Given, in San Juan, Puerto Rico, on January 24, 2000

/s/
SARA DE JESUS
U.S. BANKRUPTCY JUDGE

Original Document signed
in General Order 00-01

